1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11 | COLONIES PARTNERS, L.P.,

Case No. 5:18-cv-00420-JGB (SHKx)
Consolidated with
5:18-cv-00672-JGB-SHKx
5:18-cv-01597-JGB-SHKx
5:18-cv-01216-JGB-SHKx
5:18-cv-02202-JGB-SHKx
5:19-cv-00554-JGB-SHKx

12                      Plaintiff,

13 | v.

14 | COUNTY OF SAN BERNARDINO;
SAN BERNARDINO COUNTY
15 | FLOOD CONTROL DISTRICT;
MICHAEL A. RAMOS, in his
16 | individual capacity; LEWIS COPE, in
his individual capacity; JAMES
17 | HACKLEMAN, in his individual
capacity; HOLLIS "BUD" RANDLES,
18 | in his individual capacity; ROBERT
SCHREIBER, in his individual
19 | capacity; JOSIE GONZALES, in her
individual capacity; RUTH
20 | STRINGER, in her individual capacity;
ADAM ALEMAN, in his individual
21 | capacity; EDMUND G. BROWN, JR. ,
in his individual capacity; KAMALA
22 | D. HARRIS, in her individual capacity;
MELISSA MANDEL, in her individual
23 | capacity; and GARY SCHONS, in his
individual capacity,

24

25                       Defendants.

26 | AND RELATED CONSOLIDATED
CASES

27

28

**ORDER GRANTING PLAINTIFFS
COLONIES PARTNERS, L.P.'S AND
JEFFREY S. BURUM'S REQUEST
FOR VOLUNTARY DISMISSAL**

1      Having considered Plaintiff Colonies Partners, L.P.'s request for voluntary

2  dismissal of its First Amended Complaint and Plaintiff Jeffrey S. Burum's request

3  for voluntary dismissal of his Second Amended Complaint, the Court GRANTS

4  both requests.  Plaintiffs' entire actions are hereby dismissed with prejudice.

5

6  Dated:  January 26, 2021

7  _____

8  Honorable Jesus G. Bernal
   United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28